UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:15-CV-22846-MGC

JERALD PAUL,

      Plaintiff,
vs.

OCWEN LOAN SERVICING, LLC,

      Defendant.
_____/

## STATEMENT OF CLAIM

COMES NOW, the Plaintiff, JERALD PAUL, by and through undersigned counsel, and pursuant to this Court's August 13, 2015 Order of Court-Mandated Requirements in TCPA-Based Cases [D.E. 6], and submits this Statement of Claim, and states:

Mr. Paul owns and maintains a cellular telephone with the number 305-370-2056.  On or about August 2014, Mr. Paul began receiving calls on his cellular phone originating from 800-746-2936.  The calls were from Defendant, OCWEN LOAN SERVICING, LLC ("Ocwen").  When Mr. Paul answered the calls, there would be a short recorded message or "dead air" before Defendant's representative would begin speaking.

Ocwen was calling to collect an alleged debt for which Mr. Paul is not liable.  The alleged debt arose from a note and mortgage executed by Elienne Perin, Mr. Paul's mother.  Mr. Paul did not execute any documents relating to the subject loan.  Mr. Paul did not provide Ocwen his telephone number nor did he give Ocwen consent to contact him in any manner.  Despite Mr. Paul's demands that Ocwen cease calling his telephone, Ocwen continued calling Mr. Paul up to three times per day throughout 2014 and 2015.

On July 30, 2015, Mr. Paul filed the instant action against Ocwen alleging violation of the Telephone Consumer Protection Act, 47 U.S.C §227, et seq. ("TCPA").  Mr. Paul alleges that Defendant unlawfully called his cellular telephone using an automatic telephone dialing system without his express consent.  Mr. Paul seeks injunctive relief as well as damages, fees, and costs in accordance with the TCPA.

Mr. Paul further alleges that the calls were placed willfully or knowingly and seeks an award of $1,500.00 in statutory damages, for each and every willful or knowing violation, pursuant to 47 U.S.C. §227(b)(3)(C).  In the event that the calls were not placed willfully or knowingly— Mr. Paul seeks $500.00 in statutory damages, for each and every negligent violation, pursuant to 47 U.S.C. § 227(b)(3)(B).  Mr. Paul also seeks actual damages related to mental pain and shock, suffering, aggravation, humiliation and embarrassment as a direct and proximate result of Ocwen's violation of the TCPA.  Mr. Paul also demands a trial by jury in this matter.

 */s/ Steven Zakharyayev*
Steven Zakharyayev, Esq.
Florida Bar No. 86607
steven@floridaloanlawyers.com
Yechezkel Rodal, Esq.
Florida Bar No. 91210
chezky@floridaloanlawyers.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on September 4, 2015 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Matthew M. Spritz, Esq.
Greenberg Traurig, P.A.
777 S. Flagler Drive, Suite 300 East
West Palm Beach, FL 33401
Tel: 561.650.7900
Fax: 561.838.8821
Email: spritzm@gtlaw.com
Counsel for Defendant OCWEN
Service by CM/ECF

                LOAN LAWYERS, LLC
                *Attorneys for Plaintiff*
                2150 S. Andrews Avenue, 2nd Floor
                Ft. Lauderdale, FL 33316
                Telephone:  (954) 523-4357
                Facsimile: (954) 581-2786

                */s/ Steven Zakharyayev*
                Steven Zakharyayev, Esq.
                Florida Bar No.  86607
                steven@floridaloanlawyers.com
                Yechezkel Rodal, Esq.
                Florida Bar No.  91210
                chezky@floridaloanlawyers.com