# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

JERALD PAUL,

       Plaintiff,

v.                                        CASE NO: 1:15-cv-22846-MGC

OCWEN LOAN SERVICING, LLC,

       Defendant.
_____/

**PLAINITTIF'S RESPONSE TO FIRST SET OF INTERROGATORIES**

**Interrogatory No. 1:** Identify any person by name, address (including e-mail address), and telephone number that you contend has any knowledge concerning the facts of this case, and the allegations raised in your Complaint, and describe the specific subject matter and/or facts about which such person has knowledge.

**Response:**

      **Plaintiff and his counsel, whose names, addresses and telephone numbers are known, have knowledge regarding all of the allegations in the Complaint.**

**Interrogatory No. 2:** Identify all addresses where you lived from July 30, 2011 to the present. For each address, please include the time period you lived at each address, whether you owned or rented and the persons living with you at said address.

**Response:**

      ███████████████████████████████**: April 2015 to present. Plaintiff is the sole occupant and renter of the property.**

      ███████████████████████████████**: July 30, 2011 - April 2015. Plaintiff's**

**mother, Elienne Perin, occupied and rented the property.**

**Interrogatory No. 3:** Identify the first phone call between or among Ocwen and Plaintiff to the telephone number referenced in paragraph 9 of the Complaint. For this telephone call, please provide,

      (a)  The date and time of this telephone call;

      (b)  The name(s) of the person(s) that participated in the telephone conversation;

      (c)  A description of the substance of the telephone call, the conversation, if any, or voicemail message, if any.

**Response:**

    **Plaintiff does not recall the first phone call between or among Ocwen.**

**Interrogatory No. 4:** Identify each document you sent to or received from Ocwen from July 30, 2011 to the present.

**Response:**

    **Plaintiff is not in possession of the requested documents. Plaintiff also states that discovery is ongoing and information acquired regarding same shall be provided supplemental to this response.**

**Interrogatory No. 5:** Identify each method of payment for the postage or transmission of each document you identified in your response to Interrogatory No. 4 as having sent to Ocwen. Identify, for all credit card transactions, the card type (Visa, MasterCard, American Express or other credit card), the account number, and the date of the charges for the postage.

**Response:**

**Objection. The Interrogatory is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence. Notwithstanding, Plaintiff is not in possession of the requested documents.**

**Interrogatory No. 6:** Identify each telephone call between or among Ocwen and Plaintiff between July 30, 2011 and the present. For each telephone call, please provide,

> (d) The date and time of each telephone call;
>
> (e) The name(s) of the person(s) that participated in the telephone conversation;
>
> (f) The telephone number that was called; and
>
> (g) A description of the substance of the telephone call, the conversation, if any, or voicemail message, if any.

Response:

**Plaintiff does not recall each and every phone call between or among Ocwen. Notwithstanding, Plaintiff has provided screenshots and phone bills of phone calls received in his response to Defendant's Request for Production.**

**Interrogatory No. 7:** Identify all documents referring or relating to the telephone calls identified in response to Interrogatory No. 6, including any recordings of those calls, any notes taken reflecting or referring to those calls, and telephone bills or statements reflecting the date, time and duration of those calls.

Response:

**Please refer to the response to Interrogatory No. 6.**

**Interrogatory No. 8:** Identify the telephone number referred to in paragraph 9 of the Complaint. Please state whether it is a cellular or land line, the name of the telecommunications carrier providing the service, the individual(s) responsible for paying the bills, the individual(s) listed on the account, and the relevant time periods thereof.

**Response:**

**The number ▅▅▅▅-2056 is a cellular telephone number serviced by Sprint. Diana Daniel is listed on the account. Plaintiff has been in total possession of the number and pays the monthly Sprint bill since the account was opened.**

**Interrogatory No. 9:** For the cellular number identified in response to Interrogatory No. 8, please describe the terms of the cellular plan, whether you are charged a flat monthly fee or pay per call, and whether you incurred any additional charges due to the calls identified in response to Interrogatory No. 6.

**Response:**

**There is a monthly flat pay for the cellular phone plan. No additional charges were incurred as a result of the calls identified in response to Interrogatory No. 6.**

**Interrogatory No. 10:** Identify and describe all communications between or among Plaintiff and Elienne Perin concerning the latter's use of the telephone number referenced in paragraph 9 of the Complaint.

**Response:**

**Objection. The Interrogatory is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence.**

**Interrogatory No. 11:** Identify and describe all communications between or among Plaintiff and Elienne Perin concerning the servicing of Elienne Perin's mortgage loan by Ocwen.

**Response:**

**Objection. The Interrogatory is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence.**

**Interrogatory No. 12:** Identify every fact that substantiates your allegations in the Complaint that Ocwen's conduct, including the alleged telephone calls to Plaintiff, was willful, intentional or knowing.

**Response:**

**Plaintiff's Complaint alleges that Ocwen, through its agents, representatives and/or employees acting within the scope of their authority willfully and intentionally violated of the TCPA, 47 U.S.C. § 227(b)(1)(A)(iii). Plaintiff did not expressly consent to Ocwen to contact him via cellular phone, and even if Plaintiff had, Plaintiff's request that Ocwen cease calling his cellular telephone on multiple occasions were express revocations of any such consent. As such, Ocwen's lack of express consent and notice to cease calling Plaintiff's cellular telephone will show that Ocwen willfully and intentionally violated the TCPA when it attempted to collect a debt from Plaintiff by using an automatic telephone dialing system. Plaintiff also states that discovery is ongoing and information acquired regarding same shall be provided supplemental to this response.**

**Interrogatory No. 13:** Please state with particularity each item of damages that you claimed in the Complaint.  For each item of damages, please provide:

    (a)    the total amount for each item of damages;

  (b) the category to which each item of damages relates,

  (c) the factual basis for each item of damages;

  (d) every person who has possession, custody or control of each such document; and an explanation of how each item of damages was computed, including any mathematical formula used.

**Response:**

  **As a result of Defendant's violations of 47 U.S.C. § 227 et seq, Plaintiff is entitled to an award of $1,500.00 in statutory damages, for each and every willful or knowing violation, pursuant to 47 U.S.C. § 227(b)(3)(C), and $500.00 in statutory damages, for each and every negligent violation, pursuant to 47 U.S.C. § 227(b)(3)(B). Notwithstanding, Plaintiff has provided screenshots and phone bills of phone calls received in his response to Defendant's Request for Production. Plaintiff also states that discovery is ongoing and information acquired regarding same shall be provided supplemental to this response.**

**Interrogatory No. 14:** Identify every account, service, debt, loan, credit line, or other instrument of indebtedness you incurred or received for which you missed one or more payments since July 30, 2011, were deemed delinquent since July 30, 2011 or found to be in default since July 30, 2011. For each such account, service, debt, loan, credit line or other instrument of indebtedness, please provide,

  (a) The date and time of the first payment was missed;

  (b) The reason for the missed payment(s); and

  (c) The status of the debt at this point in time.

**Response:**

  **Objection. The Interrogatory is irrelevant and not reasonably calculated to lead to the**

**discovery of admissible evidence.**

**Interrogatory No. 15:** Identify every lawsuit, arbitration, or other litigation or court proceeding in which you were a party, including the case name, index or case number, court or tribunal, and other information sufficient to identify the proceeding.

**Response:**

**Objection. The Interrogatory is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence.**

**Interrogatory No. 16:** Identify each person by name and address who helped prepare the answers to these Interrogatories.

**Response:**

**Kevin L. Lewis, Esq. and Brittany Barsky of Loan Lawyers, LLC., 2150 S. Andrews Ave, 2nd Floor, Ft. Lauderdale, Florida 33316 helped prepare the answers to these Interrogatories.**

## VERIFICATION

_____
JERALD PAUL

STATE OF __Florida__ )
)
COUNTY OF __Broward__ )

**BEFORE ME**, personally appeared __Jerald Paul__, who being by me first duly sworn, on oath deposes and says that the foregoing Answers to Interrogatories attached hereto are true and correct, and that she has read the answers and knows the contents thereof.

**SWORN TO AND SUBSCRIBED** before me this __7__ day of __December__, 2015.

Personally known _____ OR _____
Type of Identification Produced _____ Signature of Notary Public
__P400-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-0__

_____
Print, Type, or Stamp Commissioned Name of Notary Public

__6/26/16__
My Commission Expires:

Notary Public State of Florida
Stephanie Lemineur
My Commission EE 211489
Expires 06/26/2016